THOMAS E. FRANKOVICH (State Bar No. 074414)
JULIA M. ADAMS (State Bar No. 230795)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs
MARSHALL LOSKOT
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DOLLAR INN PETALUMA; CODDING MOTEL PARTNERS; and JAY DESAI, an individual dba DOLLAR INN,<br><br>　　　　Defendants. | **CASE NO. C04-2845 TEH**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE MEDIATION AND DISCOVERY DEADLINES** |

　　　　Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, by and through their counsel and defendants DOLLAR INN PETALUMA; CODDING MOTEL PARTNERS; and JAY DESAI, an individual dba DOLLAR INN, by and through their counsel, stipulate, and respectfully request, as follows:

　　　　1.　　　The current deadline by which a mediation was to have been conducted in this matter was July 5, 2005. A mediation was previously scheduled for July 1, 2005. However,

1  because plaintiff Loskot was undergoing daily treatments at his physicians office at that time, the
2  mediation was rescheduled.

3      2.    The parties have since rescheduled the mediation to September 23, 2005, the first
4  day available for all parties and the assigned mediator.

5      3.    As the new mediation date is past the mediation deadline, the parties respectfully
6  request that the mediation deadline be continued up to and including September 30, 2005.

7      4.    Further, as the parties would like to avoid incurring the costs
8  related to propounding and responding to discovery before the scheduled mediation is to take
9  place, the parties respectfully request that the discovery deadline be continued up to and
10 including October 31, 2005.

11 Dated: August 17, 2005    THOMAS E. FRANKOVICH, APLC

By: _____/s/_____
    Julia M. Adams
Attorneys for Plaintiffs MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation

Dated: August 22, 2005    DeVRIES LAW GROUP

By: _____/s/_____
    Daniel J. DeVries
Attorneys for Defendants SAKHI CORPORATION, a California Corporation, dba DOLLAR INN PETALUMA, and CODDING MOTEL PARTNERS

**ORDER**

IT IS SO ORDERED.

Dated: August  23 , 2005

Hon. Thelton E. Henderson
UNITED STATES DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Thelton E. Henderson]